# United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Joan B. Gottschall | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 00 CR 0281 | **DATE** | 1/18/2013 |
| **CASE TITLE** | United States vs. Burdi | | |

**DOCKET ENTRY TEXT**

For purposes of clarifying the docket, Defendant's Post-Trial Motions [5] and [6] are denied as moot. The motions were filed without a notice of motion in 2001. The last activity in this case occurred on 12/6/2001, when Defendant's supervised release was revoked and he was sentenced to a term of 14 months' imprisonment.

Docketing to mail notices.

| | Courtroom Deputy Initials: | rj/em |
|---|---|---|